**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

        v.                                Case No. 23-cr-12-01-PB

<u>Rhonda Simpson</u>

<u>ORDER</u>

The assented to motion to reschedule jury trial (document no. 74) filed by defendant is granted in part; Final Pretrial Conference is rescheduled to June 24, 2025 at 4:00 PM. Trial is continued to the two-week period beginning July 8, 2025, 9:30 AM. No further continuances.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                        By the Court,

                                                        <u>/s/Paul Barbadoro</u>
                                                        Paul Barbadoro
                                                        United States District Judge

Date: March 18, 2025

cc:   U.S. Marshal
        U.S. Probation