Acknowledgment – Sentencing Options and Supervision Conditions

# UNITED STATES DISTRICT COURT
## District of New Hampshire

UNITED STATES OF AMERICA

v.

Rhonda Simpson
Defendant

**ACKNOWLEDGMENT**

Case Number: 1:23CR00012-1-PB

I, <u>Rhonda Simpson</u>, acknowledge that I have received, reviewed and understand the proposed Sentencing Options and Supervision Conditions filed by the U.S. Probation Office in this case.

Date: 6/17/25

_____
Defendant

_____
Defense Counsel

cc: Defendant
U.S. Attorney
U.S. Marshal
U.S. Probation
Defense Counsel

USDCNH-103 (10-14)